HERBERT H. RAY, JR.
Alaska Bar No. 8811201
ZACHARY T. BERNE
Alaska Bar No. 1311098
SCHWABE, WILLIAMSON & WYATT
745 West Fourth Avenue, Suite 220
Anchorage, AK 99501
Telephone: (907) 339-7125
E-mail: hray@schwabe.com
E-mail: zberne@schwabe.com

Attorneys for Plaintiff
INTERNATIONAL INSURANCE COMPANY
OF HANNOVER SE.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE, <br><br> Plaintiff, <br><br> vs. <br><br> ALASKA INDUSTRIAL, LLC and ALASKA INDUSTRIAL TRUCKING, LLC, <br><br> Defendants. | Case No. 3:18-cv-00242-TMB <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through respective counsel, stipulate and agree that all claims in this matter are hereby dismissed with prejudice, the parties to bear their respective costs and fees.

DATED at Anchorage, Alaska this 17th day of January, 2019.

SCHWABE, WILLIAMSON & WYATT
Attorneys for Plaintiff
INTERNATIONAL INSURANCE COMPANY
OF HANNOVER SE.

s/ Herbert H. Ray, Jr.
745 West Fourth Avenue, Suite 220
Anchorage, Alaska 99501
Phone: (907) 339-7125
E-mail: hray@schwabe.com

GAZEWOOD & WEINER, P.C.
Attorneys for Defendants
ALASKA INDUSTRIAL, LLC and ALASKA
INDUSTRIAL TRUCKING, LLC

s/ Jason A. Weiner
1008 16th Avenue, Suite 200
Fairbanks, AK 99701
Phone: (907) 452-5196
E-mail: jweiner@fairbankslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of January, 2019 I caused a true and correct copy of the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE to be served electronically via CM/ECF in accordance with the Court's electronic filing procedures on the following:

Jason A. Weiner
Gazewood & Weiner, PC
1008 16th Avenue, Suite 200
Fairbanks, AK 99701

s/ Herbert H. Ray, Jr.
Herbert H. Ray, Jr.

STIPULATION FOR DISMISSAL WITH PREJUDICE
*Int'l Ins. Co. of Hannover SE v. Alaska Industrial, LLC, et al.*
Case No. 3:18-cv-00242-TMB                                              Page 2 of 2

Case 3:18-cv-00242-TMB   Document 28   Filed 01/17/19   Page 2 of 2